**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

                                                    CASE NO.: 1:01-cr-9-SPM/AK

vs.

ERIC B. WOLFF,

                    Defendant.

_____/

## ORDER DENYING MOTION TO REDUCE FINE

THIS CAUSE comes for consideration upon the Defendant's Motion to

Reduce Fine (doc. 265). In 2002, the Defendant was sentenced to pay a

$15,000 fine, and asserts that he is unable to pay the outstanding balance of the

fine because he is a minimum-wage earner. The imposition of a fine is intended

to be punitive. U.S.S.G. § 5E1.2(d). Moreover, pursuant to 18 U.S.C. § 3572(c),

a sentence to pay a fine is a final judgment, and can only be modified or

corrected in one of three ways, none of which is applicable as to the Defendant's

request. Accordingly, as the Court is without the authority to grant the relief that

the Defendant requests, it is hereby ORDERED AND ADJUDGED that the

Motion (doc. 265) is DENIED.

DONE AND ORDERED this <u>tenth</u> day of September, 2010.

_s/ Stephan P. Mickle_

Stephan P. Mickle
Chief United States District Judge